**IN RE DISMISSAL OF HUANG**

[336 N.C. 67 (1994)]

IN THE MATTER OF: DISMISSAL PROCEEDINGS AGAINST DR. BARNEY
K. HUANG, Professor, North Carolina State University

No. 326A93

(Filed 8 April 1994)

On appeal pursuant to N.C.G.S. § 7A-30(2) and on discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 110 N.C. App. 683, 431 S.E.2d 541 (1993), affirming a judgment entered 4 June 1991 by Greene, J., in Superior Court, Wake County, ordering the respondents to restore the petitioner to his position on the faculty of North Carolina State University. Heard in the Supreme Court 16 March 1994.

*Berman & Shangler, by Dean A. Shangler, for petitioner-appellee.*

*Michael F. Easley, Attorney General, by Thomas J. Ziko, Special Deputy Attorney General, for respondents-appellants.*

PER CURIAM.

Reversed for the reasons stated in the dissenting opinion in the Court of Appeals. The case is remanded to the Court of Appeals for further remand to Superior Court, Wake County, for entry of an order upholding the University's action.

REVERSED AND REMANDED.